IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00442-BNB

ALISON JONES,

    Plaintiff,

v.

PIZZA HUT, INC.,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 3 2010

GREGORY C. LANGHAM
CLERK

_____

ORDER DRAWING CASE

_____

    Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the

court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

    DATED March 3, 2010, at Denver, Colorado.

                  BY THE COURT:

                    s/ Boyd N. Boland
                    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-00442-BNB

Alison Jones
1350 King Street
Denver, CO 80204

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on **3/3/10**

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk