IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00442–WYD–KMT

ALISON JONES,

    Plaintiff,

v.

PIZZA HUT, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's letter/motion filed April 16, 2010 (Doc. No. 22) is GRANTED in part and DENIED in part. The portion of the letter requesting "reversal of the motion to dismiss" is GRANTED. Plaintiff's "Motiion [sic] to Dismiss for Failing to File an Answer on Time" (Doc. No. 20, filed April 15, 2010) is WITHDRAWN. The portion of the letter requesting reconsideration of the order denying Plaintiff's request for appointment of counsel is DENIED.

Dated: April 19, 2010