IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00442–WYD–KMT

ALISON JONES,

    Plaintiff,

v.

PIZZA HUT, INC.,

    Defendant.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Amended Joint Motion for Entry of Stipulated Protective Order" (Doc. No. 34, filed June 30, 2010) is GRANTED. The Protective Order will be entered.

Dated: July 1, 2010.