IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00442-WYD-KMT

ALISON JONES,

    Plaintiff,

v.

PIZZA HUT, INC.,

    Defendant.

## ORDER OF DISMISSAL

Having reviewed the parties' Stipulation for Dismissal with Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and being fully advised in the premises, it is

ORDERED that the Stipulation for Dismissal with Prejudice (ECF No. 57) is **APPROVED** and this action is **DISMISSED WITH PREJUDICE**.

Dated this 10th day of February, 2011.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE